IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BYRAN MARK KEIGLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-CV-189-JFH-JFJ |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff dismisses all claims against Defendants with prejudice, each party to bear their own costs.

s/ Steve A. Troutman
Steve A. Troutman, OBA No. 18481
*(signed by filing attorney with permission of non-filing attorney)*
Troutman & Troutman
7702 East 91st Street, Suite 200
Tulsa, OK 74133
steve@troutmanlaw.com
(918) 587-0050 (telephone)
(918) 587-0006 (facsimile)
ATTORNEY FOR PLAINTIFF
Bryan Mark Keigley

s/Matthew C. Kane
Phillip G. Whaley, OBA No. 13371
Matthew C. Kane, OBA No. 19502
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:   405-239-6040
Facsimile:   405-239-6766
Email:  pwhaley@ryanwhaley.com
          mkane@ryanwhaley.com

ATTORNEYS FOR DEFENDANT
Unum Life Insurance Company of America